**NONPRECEDENTIAL DISPOSITION**
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted April 19, 2011
Decided May 19, 2011

**Before**

WILLIAM J. BAUER, *Circuit Judge*

RICHARD A. POSNER, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 11-1259

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeal from the United States District |
| *Plaintiff-Appellee.* | Court for the Northern District |
| v. | of Illinois, Eastern Division. |
| | |
| FRANKIE ALICEA, | No. 1:94-cr-00348-1 |
| *Defendant-Appellant.* | |
| | Suzanne B. Conlon, |
| | *Judge.* |

### O R D E R

The District Court, after some false starts, followed the mandate of this court and clarified the

sentence. This is all that was requested and the order of the District Court is summarily affirmed.